UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAIME JOHNSON,**
        Petitioner,

v.                                    Case No. 24-cv-0062

**ROBERT MILLER,** *Warden,*
*Racine Correctional Institution,*
        Respondent.

---

## ORDER

On August 16, 2024, Magistrate Judge Nancy Joseph issued a decision recommending that petitioner Jaime Johnson's petition for a writ of habeas corpus be dismissed without prejudice for failure to exhaust state court remedies. The decision was mailed to the petitioner that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the plaintiff had 14 days to file written objections to the order. That time expired on August 30, 2024, without the petitioner's having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph's Report & Recommendation (ECF No. 4) is **ADOPTED** in its entirety. The petition and this action are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin, this 16th day of September, 2024.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge